UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
RICHARD HOROWITZ, M.D.

Civ. No.: 1:18-cv-03312

Plaintiff,

-against-

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41**

Howard Zucker, M.D., in his official capacity as Commissioner of New York State Department of Health, et.al.

Defendants.
-------------------------------------------------------------------X

IT IS HEREBY STIPULATED by and between the undersigned attorneys for the parties herein pursuant to Fed. Rule Civ. Proc. 41(a)(1)(A)(ii) that whereas none of the parties is infant, incompetent or a person over whom a conservator or a committee has been appointed, and no person or entity who or which is not a party has an interest in this action, the within action is hereby dismissed by the Plaintiff without prejudice and without costs and attorney fees to all parties.

Dated: May 30, 2018

| Attorney for the Plaintiff | Attorney for the Defendants |
|---|---|
| /s/ Jacques G. Simon | Barbara D. Underwood, NYS A.G. |
| JACQUES G. SIMON, ESQ. | /s/ Sofya Uvaydov, AAG |
| SDNY Bar No. JS 9212 | By: Sofya Uvaydov, AAG |
| 100 Jericho Quadrangle, Ste 208 | SDNY Bar No. SU1989 |
| Jericho, NY 11753 | 28 Liberty Street |
| Phone: 516-378-8400 | New York, NY 10005 |
| Fax: 516-378-2700 | Phone: 212- 416-6551 |
| Email: jgs@jacquessimon.com | Email: sofya.uvaydov@ag.ny.gov |